THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James Sowells, Appellant.
 
 
 

 Appeal From Dillon County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No.2009-UP-435
 Submitted September 1, 2009  Filed
September 10, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 all of Columbia; and Solicitor Jay E. Hodge, Jr., of Cheraw, for Respondent.
 
 
 

PER CURIAM:  James Sowells appeals his guilty plea and sentence for
 two counts of possession of crack cocaine, three counts of distribution of
 crack cocaine, and three counts of distribution of crack cocaine within
 proximity to a school.  Sowells argues the trial court erred in imposing a
 longer sentence than the one offered by the State in a withdrawn plea deal.  Sowells
 also argues pro se, that the trial court erred in allowing him to plead guilty
 "without the Brady material."[1]  After a thorough
 review of the record, counsel's brief, and Sowells's pro se brief, pursuant to Anders
 v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to
 be relieved.[2]
APPEAL DISMISSED.  
HUFF, THOMAS, and PIEPER,
 JJ., concur.

[1] Brady v. Maryland, 373 U.S. 83 (1963).
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.